

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2015

No. 04-14-00100-CR

Edgar Javier **GONZALES**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-2321-CR
The Honorable William Old, Judge Presiding

# O R D E R

Sitting:    Marialyn Barnard, Justice
             Patricia O. Alvarez, Justice
             Jason K. Pulliam, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2015.

_____
Keith E. Hottle
Clerk of Court